UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 4:21-CR-42 |
| | ) | |
| LEEANDRA C. MATHEWS | ) | |

## ORDER OF DISMISSAL

The motion of the Government for an order dismissing, without prejudice, the case against LEEANDRA C. MATHEWS is GRANTED. The above referenced case is hereby dismissed without prejudice.

**SO ORDERED** this 26th day of March, 2021.

_Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA